# United States Court of Appeals
## For the First Circuit

---

No.  01-1733

UNITED STATES OF AMERICA,

Appellee,

v.

JUNITO "JUNIOR" MELENDEZ,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on, August 23 2002, is amended as follows:

Page 7, Footnote 3, Line 1:  Replace "thirds" with "third."